■ In the Matter of HARVEY GOLDSTEIN, an Attorney.— Respondent is directed to show cause before the Departmental Disciplinary Committee why a final order of censure, suspension or disbarment should not be made, and pending final determination of the petition, respondent is suspended from

practice as an attorney and counselor-at-law in the State of New York effective immediately and until the further order of this Court. Concur—Milonas, J. P., Rosenberger, Wallach, Kassal and Smith, JJ.